ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2517(DSD/SRN)

| | | |
|---|---|---|
| JOHN MCGINNIS, Petitioner, v. ROB MUNDT, Warden, Respondent. | ) | ORDER |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the government's Motion is GRANTED, and that Respondents shall be granted until December 29, 2000, to prepare and submit their Return to the Petition.

Dated: Dec. 5, 2000

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK