UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John McGinnis,

Petitioner,

v.

Robert Mundt, Warden,

Defendant.

CIVIL FILE NO. 00-2517 DSD/SRN

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915,

IT IS ORDERED that the Application is:

☒ GRANTED

☒ The Clerk is directed to file the Complaint.

☒ IT IS FURTHER ORDERED that the Clerk issue Summons and the United States Marshal serve a copy of the Complaint, Summons and this Order upon the Defendant(s) as directed by the Plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

Dated: December 6, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

Filed DEC 07 2000
Francis E. Dosal, Clerk
Judgment Entered ___________
Deputy Clerk's Initials ___________