# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

John McGinnis, Case No. Civil 00-2517 DSD/SRN

v. **JUDGMENT IN A CIVIL CASE**

Rob Mundt, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

McGinnis's petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 is dismissed with prejudice.

DATE: August 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

17